# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MICHAEL SEWARD SUTTON, § | |
| § | |
| Plaintiff § | CAUSE NO. 6:06-CV-514 (LED) |
| § | |
| v. § | |
| § | |
| NOKIA CORPORATION § | |
| and § | |
| NOKIA INC., § | |
| § | |
| Defendants. § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

Plaintiff, MICHAEL SEWARD SUTTON (hereinafter "Plaintiff"), moves this Court for a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

On or about November 28, 2006, Plaintiff filed this action against the Defendants. Defendants, who have answered, do not oppose the dismissal provided that they are not deemed to waive, with respect to this action or any subsequent action, any defense or matter (including an accounting for costs and attorneys fees) that they have brought or could have brought in the present action. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

Accordingly, Plaintiff now moves the Court to dismiss the suit without prejudice.

Dated May 8, 2007.                                Respectfully submitted,


                                By:**/s/**Andy Tindel w/permission of Lead Attorney
                                    ANDY TINDEL
                                    State Bar No. 20054500
                                    GUY FISHER
                                    State Bar No. 07051010
                                    PROVOST UMPHREY LLP
                                    112 E. Line Street, Suite 304
                                    Tyler, Texas 75702
                                    (903) 596-0900 (Telephone)
                                    (903) 596-0909 (Facsimile)
                                    Email:  atindel@andytindel.com

                                    GUY E. MATTHEWS (*Lead Attorney*)
                                    State Bar No. 13207000
                                    TIMOTHY W. JOHNSON
                                    State Bar No. 24002366
                                    MATTHEWS LAWSON BOWICK & AL AZEM, PLLC
                                    2000 Bering Drive, Suite 700
                                    Houston, Texas 77057
                                    (713) 355-4200 (Telephone)
                                    (713) 355-9689 (Facsimile)
                                    Email:  gmatthews@matthewsfirm.com

                                    JIMMY M. NEGEM
                                    State Bar No. 14865500
                                    DAVID FOOX
                                    NEGEM, BICKHAM & WORTHINGTON
                                    440 South Vine Avenue
                                    Tyler, Texas 75702
                                    (903) 595-4466 (Telephone)
                                    (903) 593-3266 (Facsimile)
                                    Email:  jnegem@negembickhamlaw.com

                                    **ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the Plaintiff has conferred in good faith with Defendants and Defendants do not oppose the dismissal provided that they are not deemed to waive, with respect to this action or any subsequent action, any defense or matter (including an accounting for costs and attorneys fees) that they have brought or could have brought in the present action.

/s/ Andy Tindel _____
Andy Tindel

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 8th day of May, 2007.

/s/ Andy Tindel _____
Andy Tindel